762 A.2d 1084

**LESTER ASSOCIATES, a general partnership, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Board
of Finance and Revenue, Appellee.**

Supreme Court of Pennsylvania.

Nov. 28, 2000.

## *ORDER*

PER CURIAM:

**AND NOW,** this 28th day of November, 2000, the Order of the Commonwealth Court is vacated. The Commonwealth Court erred when it relied upon *Sabatine v. Commonwealth,* 497 Pa. 453, 442 A.2d 210, 212 (1981), for the general proposition that the Department of Revenue is not bound by a Common Pleas Court's decision. Accordingly, this matter is **REMANDED** to the Commonwealth Court for consideration of whether Lester Associates proffered sufficient evidence that the March 20, 1992 deed was void *ab initio, Sabatine,* 497 Pa. at 458, 442 A.2d at 212, such that there was no transfer of real estate, justifying the imposition of realty transfer tax by the Department of Revenue.